# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 26-1029

———————————————

United States of America

*Plaintiff - Appellee*

v.

Tazell Teandre Williams

*Defendant - Appellant*

——————————

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

——————————

Submitted: July 9, 2026
Filed: July 16, 2026
[Unpublished]

——————————

Before GRUENDER, SHEPHERD, and JUSTIN D. SMITH, Circuit Judges.

——————————

PER CURIAM.

Tazell Williams appeals the sentence the district court[1] imposed after he pleaded guilty to drug conspiracy and firearm offenses pursuant to a written plea

———————————————

[1]The Honorable John A. Ross, United States District Judge for the Eastern District of Missouri.

agreement containing an appeal waiver. His counsel has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), seeking leave to withdraw and challenging Williams's sentence.

We conclude that the appeal waiver is valid, enforceable, and applicable to the issues raised in this appeal. *See United States v. Scott*, 627 F.3d 702, 704 (8th Cir. 2010) (reviewing de novo the validity and applicability of an appeal waiver); *United States v. Andis*, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc) (stating that an appeal waiver will be enforced if the appeal falls within the scope of the waiver, the defendant knowingly and voluntarily entered into the plea agreement and the waiver, and enforcing the waiver would not result in a miscarriage of justice).

Having independently reviewed the record pursuant to *Penson v. Ohio*, 488 U.S. 75 (1988), we find no non-frivolous issues for appeal outside the scope of the appeal waiver. Accordingly, we grant counsel leave to withdraw and dismiss this appeal.

_____